

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Justin William Fuller,                    * From the 266th District Court
                                            of Erath County,
                                            Trial Court No. CR15178.

Vs. No. 11-21-00161-CR                    * September 9, 2021

The State of Texas,                       * Per Curiam Memorandum Opinion
                                            (Panel consists of: Bailey, C.J.,
                                            Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.